UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-23408-CV-WILLIAMS

ADMIRAL'S PORT CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

v.

ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation ("***Report***") on Defendants', Endurance American Specialty Insurance Company and Arch Specialty Insurance Company, Motions to Dismiss (DE 12; DE 18)[1] (collectively, "***Motions to Dismiss***"). (DE 37.) In the Report, Magistrate Judge Reid recommends that the Court deny Defendants' Motions to Dismiss. (*Id.* at 1.) No Party filed objections to the Report, and the time to do so has passed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 37) is **AFFIRMED AND ADOPTED**.
2. Defendants' Motions to Dismiss (DE 12; DE 18) are **DENIED**.

---

[1] On October 27, 2022, Defendant Endurance American Specialty Insurance Company filed its Motion to Dismiss. (DE 12.) On November 9, 2022, Defendant Arch Specialty Insurance Company filed a notice joining Endurance American Specialty Insurance Company's Motion to Dismiss. (DE 18.)

3. Defendants Endurance American Specialty Insurance Company and Arch Specialty Insurance Company shall file answers to Plaintiff's Complaint within fourteen (14) days of the date of this Order. *See* Fed. R. Civ. P. 12(a)(4).

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>3rd</u> day of April, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE